# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| FRANCISCO MEJIA OLALDE, | ) |
| *Petitioner*, | ) |
| v. | ) No. 1:25-cv-00168-JMD |
| KRISTI NOEM, Secretary of the United States Department of Homeland Security, et al. | ) |
| *Respondents*. | ) |

## JUDGMENT

Under the Court's memorandum and order denying the petition for writ of habeas corpus entered on this date, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that petitioner Francisco Mejia Olalde's petition for writ of habeas corpus, ECF 1, is **DENIED**.

Dated this 10th day of November, 2025

_____
JOSHUA M. DIVINE
UNITED STATES DISTRICT JUDGE